UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NEIL THOMPSON,

           Plaintiff,

    v.

QUOTEWIZARD.COM LLC,

           Defendant.

CASE NO. 2:19-cv-02004-RAJ-JRC

ORDER GRANTING STIPULATED MOTION TO EXTEND ANSWER DEADLINE

This matter is before the Court on the parties' stipulated motion to extend the deadline for defendant to file a responsive pleading to plaintiff's complaint. *See* Dkt. 15, at 1. Having considered the matter and the parties' stipulation, the motion is granted. The Clerk's Office shall update the docket to reflect that the deadline for defendant to file a responsive pleading to plaintiff's complaint is February 6, 2020.

Dated this 6th day of January, 2020.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION TO
EXTEND ANSWER DEADLINE - 1