UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NEIL THOMPSON,

                Plaintiff,

    v.

QUOTEWIZARD.COM LLC,

                Defendant.

CASE NO. 2:19-cv-02004-RAJ-JRC

ORDER AMENDING RULE 26 DEADLINES

This matter is before the Court on the parties' stipulated motion to continue Fed. R. Civ. P. 26 deadlines by 60 days. *See* Dkt. 21. Having considered the parties' stipulation and the remainder of the record, the Court finds good cause to grant the extension.

The Clerk shall update the docket to reflect the following amendments to the deadlines set forth in the order setting Rule 26 deadlines (Dkt. 14)—

- The deadline for the Rule 26(f) conference is March 23, 2020.

- The deadline for initial disclosures under Rule 26(a)(1) is April 3, 2020.

ORDER AMENDING RULE 26 DEADLINES - 1

- The deadline for the Rule 26(f) and Local Civil Rule 26(f) combined joint status report and discovery plan is April 10, 2020.

The Court's prior scheduling orders remain in effect, other than the amended dates.

Dated this 10th day of February, 2020.

J. Richard Creatura
United States Magistrate Judge