UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NEIL THOMPSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>QUOTEWIZARD.COM LLC,<br><br>　　　　　Defendant. | CASE NO. 2:19-cv-02004-RAJ-JRC<br><br>ORDER GRANTING THIRD STIPULATED MOTION TO EXTEND ANSWER DEADLINE |

This matter is before the Court on the parties' third stipulated motion to extend the deadline for defendant to file a responsive pleading to plaintiff's complaint. *See* Dkt. 23, at 1. Having considered the matter and the parties' stipulation, the motion is granted. The Clerk's Office shall update the docket to reflect that the deadline for defendant to file a responsive pleading to plaintiff's complaint is March 5, 2020.

Dated this 20th day of February, 2020.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING THIRD STIPULATED MOTION
TO EXTEND ANSWER DEADLINE - 1