1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON – AT SEATTLE**

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**KAZEROUNI LAW GROUP, APC**
San Diego, California

| | |
|---|---|
| **Neil Thompson**, Individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>**QuoteWizard.com, LLC**,<br><br>        Defendant. | **Case No: 2:19-cv-02004-RAJ-JRC**<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(II)**<br><br>**HON. J. RICHARD CREATURA** |

2:19-cv-02004-RAJ-JRC
JOINT MOTION TO DISMISS
- 1 of 3 -
Kazerouni Law Group, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
800.700.6808

Plaintiff NEIL THOMPSON (hereinafter "Plaintiff") and Defendant QUOTEWIZARD.COM, LLC, (hereinafter "Defendant") (all jointly hereinafter referred to as "the Parties") hereby move to dismiss the above entitled action without prejudice, pursuant to Fed. R. Civ. P 41(a)(1)(ii).

The Parties agree that this Court can proceed to dismiss this action entirely without prejudice. The Parties agree that each party is to bear his/its own fees and costs.

WHEREFORE, the Parties respectfully request that this Court dismiss this action without prejudice, Fed. R. Civ. P 41(a)(1)(ii).

Respectfully submitted,

CORR|DOWNS PLLC

By _s/ Jacob M. Downs_
    Jacob M. Downs, WSBA No. 37982
    100 W. Harrison St., Suite N440
    Seattle, WA 98119
    Phone: (206) 962-5040
    jdowns@corrdowns.com

    Kevin P. Polansky (*pro hac vice*)
    Christine M. Kingston (*pro hac vice*)
    NELSON MULLINS RILEY & SCARBOROUGH, LLP
    One Post Office Square | 30th Floor
    Boston, MA 02109
    Telephone: (617) 217-4700
    kevin.polansky@nelsonmullins.com
    christine.kingston@nelsonmullins.com

    *Attorneys for Defendant*

KAZEROUNI LAW GROUP, APC
San Diego, California

2:19-cv-02004-RAJ-JRC
JOINT MOTION TO DISMISS

- 2 of 3 -

Kazerouni Law Group, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
800.700.6808

KAZEROUNI LAW GROUP, APC

By *s/ Abbas Kazerounian*
   Abbas Kazerounian, WSBA #48522
   245 Fischer Ave, Unit D1
   Costa Mesa, CA 92626
   Phone: (800) 400-6808
   ak@kazlg.com
   *Attorneys for Plaintiff and the Putative Class*

## E-FILING SIGNATURE CERTIFICATION

     Pursuant to Local Rule 11, I hereby certify that the content of this document is acceptable to Jacob M. Downs, counsel for Defendant QuoteWizard.com, LLC, and that I have obtained his authorization to affix his electronic signature to this document.

                                          **KAZEROUNI LAW GROUP, APC**

Date: February 27, 2020           By: */s/ Abbas Kazerounian*
                                    Abbas Kazerounian, Esq.
                                    *Attorneys for Plaintiff*

2:19-cv-02004-RAJ-JRC
JOINT MOTION TO DISMISS
       - 3 of 3 -

Kazerouni Law Group, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
800.700.6808